```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CANAL@CAMP APARTMENTS, LLC,

        Plaintiff,               24-cv-2413 (JGK)

    - against -                ORDER

MT HAWLEY INSURANCE COMPANY, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **April 8, 2024**, at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 1, 2024

                                            John G. Koeltl
                                      United States District Judge